UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                                   Chapter 7
Darren Savy Phaen                    Case No. 10-41231
                                                         Honorable Joel B. Rosenthal

       Debtors

_____/

**<u>ORDER RE: MOTION OF US BANK, N.A. FOR RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362</u>**

       US Bank, N.A., by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 562 Stevens Street, Lowell, Massachusetts, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of US Bank, N.A. for Relief From Stay is allowed and US Bank, N.A. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and recorded with Middlesex (Northern) County Registry of Deeds at Book 21061, on Page 145 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

       At _____ this _____ day of _____, 2010.

                                                                       _____
                                                                       Honorable Joel B. Rosenthal   4/27/2010
                                                                       U.S. BANKRUPTCY JUDGE